## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cr-30025-SMY |
| | ) | |
| DARRYLL KAUFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**YANDLE, Chief District Judge:**

Pending before the Court is a motion filed by Defendant Darryll Kaufman requesting that the Court adjust his sentences to run concurrently instead of consecutively (Doc. 76).  For the following reasons, the motions is **DENIED**.

Kaufman was indicted on February 19, 2015 on two counts of being a felon in possession of a firearm (Counts 1 and 4), two counts of possession of a stolen firearm (Counts 2 and 5), and two counts of use of controlled substance in possession of a firearm (Counts 3 and 6).  *See United States v. Kaufman*, 15-cr-30025-SMY at Doc. 1.  He pleaded guilty to Counts 1 and 4 (Counts 2, 3, 5, and 6 were dismissed) and was sentenced on March 2, 2016 to 84 months on Count 1 and 84 months on Count 4, to be served consecutively, for a total of 168 months imprisonment.  Kaufman asserts that based on new law, Counts 1 and 4 of his sentence should be concurrent instead of consecutive.

The authority to calculate a federal prisoner's period of incarceration for the federal sentence imposed and to provide credit for time served is delegated to the Attorney General, who acts through the Bureau of Prisons ("BOP").  *United States v. Wilson*, 503 U.S. 329, 334-336

(1992). A prisoner who believes the BOP has erred in its calculation of his federal sentence can challenge the execution of his sentence by bringing a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See United States v. Scott,* 775 F. App'x 252, 253 (7th Cir. 2019); *see also Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000). A petition filed pursuant to § 2241 must name the prisoner's custodian as respondent and must be filed in the district of custody. *Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

Based on the information contained in Kaufman's motions, it appears that he is confined at Big Sandy USP in Inez, Kentucky. As such, he should file an appropriate request with the BOP and, if that fails, is free to seek relief under § 2241 in the United States District Court for the Eastern District of Kentucky.

**IT IS SO ORDERED.**

**DATE:  February 19, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**